UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MISTER COLEMAN,<br><br>                      Plaintiff,<br><br>    v.<br><br>JAMES DZURENDA, *et al.*,<br><br>                      Defendants. | Case No.  3:24-cv-00304-MMD-CLB<br><br>ORDER |

Plaintiff Mister Coleman previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) The Court has not yet screened the complaint.

Coleman now files two motions for voluntary dismissal. (ECF Nos. 9, 10.) Under the Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). The Court grants Coleman's motions to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

It is therefore ordered that the motions for voluntary dismissal (ECF Nos. 9, 10) are granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that all outstanding motions (ECF Nos. 1, 3) are denied as moot.

///

///

1    It is further ordered that the Clerk of the Court will close the case.

2    DATED THIS 24th Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE